

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,012-01

### EX PARTE RICHARD JEREIDIAH ESCAMILLA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W-2171824-A IN THE CRIMINAL DISTRICT COURT NO. 1
### FROM DALLAS COUNTY

*Per curiam*. SLAUGHTER, J. concurred.

#### O P I N I O N

Applicant pleaded guilty to possession of a controlled substance and was sentenced to three years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other things, that his plea was involuntary due to the ineffective assistance of counsel. Based on the record, the trial court has determined that trial counsel's performance was deficient, and that Applicant would have insisted on a trial but for counsel's deficient performance.

We agree. Relief is granted. *Hill v. Lockhart*, 474 U.S. 52 (1985); *Strickland v. Washington*, 466 U.S. 668 (1984). The judgment in cause number F-21-71824 in the Criminal District Court No.

1 of Dallas County is set aside, and Applicant is remanded to the custody of the Sheriff of Dallas County to answer the charges as set out in the indictment.  The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: December 11, 2024
Do not publish